THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROZA HILLS VINEYARDS LLC, | CASE NO. C20-1405-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WELLS FARGO NA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Local Civil Rule 7.1(a)(2) requires "[a]ny nongovernmental party . . . [to] file a corporate disclosure statement identifying . . . any member or owner in a . . . limited liability corporation (LLC)." In diversity cases, like this one, the corporate disclosure statement must also list "those states in which the party, owners, partners, or members are citizens." W.D. Wash. Local Civ. R. 7.1(b). Plaintiff Roza Hills Vineyards LLC's corporate disclosure statement (Dkt. No. 8) does not contain all of the information required by Local Civil Rule 7.1. Accordingly, the Court ORDERS Plaintiff Roza Hills Vineyards LLC to file an amended corporate disclosure statement that complies with Local Civil Rule 7.1 within seven days of the date of this order.

//

MINUTE ORDER
C20-1405-JCC
PAGE - 1

DATED this 30th day of December 2020.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk